1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD, et al., | Case No.    C-09-02609-HRL |
| Plaintiffs, | [Proposed] **ORDER RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| STRATEGIC LENDING CORP., et al., | Magistrate Judge Howard R. Lloyd |
| Defendants. | |

GOOD CAUSE APPEARING,

It is hereby ordered as follows:

The initial case management conference is re-set to January 19, 2010, at 1:30 p.m.

The parties shall file a joint case management conference statement on or before January 12, 2010.

IT IS SO ORDERED.

Date:  November 30, 2009

_____
Hon. Magistrate Judge Howard R. Lloyd
USDC, Northern Dist. Of California

[Proposed] ORDER