| | |
|---|---|
| 1 | Russell A. Robinson, 163937 |
| 2 | Law Office of Russell A. Robinson |
|   | 345 Grove Street, First Floor |
| 3 | San Francisco CA 94102 |
|   | Telephone: 415.255.0462 |
| 4 | Facsimile:  415.431.4526 |

Counsel for Plaintiff
ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD, | NO.  C-09-2609-HRL |
| Plaintiffs, | **PROOFS OF SERVICE OF SUMMONS AND COMPLAINT: DEFENDANTS ALI WEICHLER AND ERIC SWENSEN** |
| v. | |
| STRATEGIC LENDING CORPORATION, ALI WEICHLER, LEONARDO "LEO" AGUSTIN, ERIC SWENSEN, and DOES 1 - 30, | **[DEMAND FOR JURY TRIAL]** |
| Defendants. | |

TO THE CLERK OF THE ABOVE COURT:

PLEASE ACCEPT for filing the attached proofs of service, showing that Defendants Ali Weichler and Eric Swensen were served with summons, complaint, and other materials.

Dated:    December 29, 2009        _____Russell A. Robinson /s/___
Law Office of Russell A. Robinson
By:   Russell A. Robinson
Counsel for Plaintiffs
ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD

---

PROOFS OF SERVICE                                                                                           P021.POS
[Jury Trial demanded]
*Summerfield, et al., v. Strategic Lending, et al.*          1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Russell A. Robinson, SBN 163937<br>L/O OF RUSSELL ROBINSON<br>536 Magnolia Ave<br>Pietmont, CA 94611 | TELEPHONE NO.:<br>(415) 255-0462 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>06ES | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Ed Summerfield, et al.

DEFENDANT:

Strategic Lending Corporation

| **PROOF OF SERVICE** | DATE:<br>1/19/2010 | TIME:<br>1:30 PM | DEPT/DIV: | CASE NUMBER:<br>C09-2609 HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Order Re-Setting Inital Case Management Conference

2. Party Served:            Ali Weichler

3. Person Served:           party in item 2

4. Date & Time of Delivery: 12/16/2009        6:50 PM

5. Address, City and State: 805 Brentwood Drive
                            San Jose, CA  95129

6. Manner of Service:       Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 79.00

Registered California process server.
County: ALAMEDA
Registration No.:1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/17/2009 at Oakland, California.

Signature: *[signature]*

Wantaregh -

OL# 6705386

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Russell A. Robinson, SBN 163937 L/O OF RUSSELL ROBINSON 536 Magnolia Ave Piedmont, CA 94611 | TELEPHONE NO.: (415) 255-0462 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 06ES | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Ed Summerfield, et al.

DEFENDANT:
Strategic Lending Corporation

| **PROOF OF SERVICE** | DATE: 1/19/2010 | TIME: 1:30 PM | DEPT/DIV: | CASE NUMBER: C09-2609 HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Order Re-Setting Inital Case Management Conference

2. Party Served:            Eric Swensen

3. Person Served:           party in item 2

4. Date & Time of Delivery: 12/19/2009        10:58 AM

5. Address, City and State: 1132 BRACE AVE # 2 (?)
                            San Jose, CA 95125

6. Manner of Service:       Personal Service - By personally delivering copies.

# BY FAX

Fee for Service: $ 59.00

Registered California process server.
County: ALAMEDA
Registration No.:1050

Wantaregh -
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/21/2009 at Oakland, California.

Signature: _Wantaregh_

Wantaregh -

OL# 6705387