**\*\* E-filed May 5, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD,<br><br>Plaintiffs,<br>v.<br><br>STRATEGIC LENDING CORPORATION, ALI WEICHLER, LEONARDO "LEO" AGUSTIN, ERIC SWENSON, and DOES 1–30,<br><br>Defendants.<br>_____/ | No. C09-02609 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANGEMENT CONFERENCE** |

In light of defendant Ali Weichler's pending Motion to Dismiss (Docket No. 41), the Initial Case Management Conference, currently set for June 8, 2010, is continued to **July 6, 2010, at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: May 5, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-02609 HRL** Notice will be electronically mailed to:

Jonathan Harold Miller    jhmillerlaw@gmail.com
Russell Alan Robinson    rarcases@yahoo.com, lawrs@ymail.com
Vincent J. Kilduff    kildufflaw@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**