1 JONATHAN H. MILLER [SBN 257604]
181 Devine Street
2 San Jose, CA 95110
(408) 293-6193
3
*Attorney for Defendant* ERIC SWENSON
4

5
# IN THE UNITED STATES DISTRICT COURT
6 # FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
7

8

9 ED SUMMERFIELD, ARTHUR ) No. C09-02609 HRL
SUMMERFIELD, and RITA )
10 SUMMERFIELD, ) **NOTICE OF MOTION AND MOTION**
) **FOR MONETARY SANCTIONS**
11 *Plaintiffs*, )
) Date of Hearing: June 15, 2010
12 vs. ) Time: 10:00 a.m.
) Courtroom No. 2
13 STRATEGIC LENDING )
14 CORPORATION, ALI WEICHLER, )
LEONARDO "LEO" AGUSTIN, ERIC )
15 SWENSEN, and DOES 1-30, )
)
16 *Defendants*. )

17 **To Plaintiffs ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA**

18 **SUMMERFIELD, and to their attorney of record, Russell A. Robinson:**
19
PLEASE TAKE NOTICE that Defendant ERIC SWENSON will, and has by stipulation
20
21 filed herewith, joined in the Motion to Dismiss filed by Defendant Ali Weichler, which Motion

22 is set to be heard on June 15, 2010, at 10:00 a.m. or as soon thereafter as the matter may be

23 heard, in Department 2 of the above Court, located at 280 South First Street, in San Jose,
24
California.
25
In addition, PLEASE TAKE NOTICE that Defendant Swenson hereby moves the Court
26
27 for an Order awarding monetary sanctions in connection with Defendants' Joint Motion to

28 Dismiss. This Motion is based on this Notice of Motion and Motion, the papers filed by

Defendant Ali Weichler in support of the Joint Motion to Dismiss, and the Declarations of Jonathan H. Miller and Thomas H. Walker III, filed and served herewith.

```
Dated:   May 6, 2010          By:   ___/s/_____
                                    JONATHAN H. MILLER
                                    Attorney for Defendant ERIC SWENSON
```