```
 1  Russell A. Robinson, 163937
    Law Office of Russell A. Robinson
 2  345 Grove Street, First Floor
    San Francisco CA 94102
 3  TEL:  415.255.0462
    FAX:  415.431.4526
 4
    Counsel for Plaintiffs
 5  ED SUMMERFIELD, ARTHUR
    SUMMERFIELD, and RITA SUMMERFIELD
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC LENDING CORPORATION, ET AL., <br><br> Defendants. | No.   C-09-2609-HRL <br><br> **PROOF OF SERVICE OF LEONARDO "LEO" AGUSTIN: SUMMONS, COMPLAINT, ADR INFORMATION, AND RELATED MATERIALS** <br> [Jury Trial Demanded] <br><br> Date of Service:    04/14/2010 |

TO THE CLERK OF THIS COURT:

PLEASE ACCEPT FOR FILING the attached proof of service, showing that Defendant Leonardo "Leo" Agustin was served on April 14, 2010, with summons, complaint, ADR information, and related materials.

Date:  May 25, 2010         /s/ Russell A. Robinson
                            Law Office of Russell A. Robinson
                            By:    Russell A. Robinson
                            Attorneys for Plaintiffs
                            ED SUMMERFIELD, ARTHUR SUMMERFIELD, and
                            RITA SUMMERFIELD

---

*Summerfield, et al., v. Strategic, et al.* (No. C-09-2609-HRL)
PROOF OF SERVICE OF LEONARDO "LEO" AGUSTIN:
SUMMONS, COMPLAINT, ADR INFORMATION, AND
RELATED MATERIALS

| Attorney or Party without Attorney: <br> LAW OFFICE OF RUSSELL A. ROBINSON <br> 345 GROVE STREET, FIRST FLOOR <br> SAN FRANCISCO, CA 94102 <br> Telephone No: 415-255-0462  FAX No: 415-431-4526 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | |
| Plaintiff: ED SUMMERFIELD; ET AL | | | | |
| Defendant: STRATEGIC LENDING CORPORATION; ET AL | | | | |
| PROOF OF SERVICE <br> SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C09 02609 HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Damages; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Standing Order Regarding Case Management In Civil Cases; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

3. a. Party served:  LEONARDO "LEO" AGUSTIN
   b. Person served: SEE ITEM 5.b.

4. Address where the party was served: 1905 HAMERSLEY LN
   Lincoln, CA 95648

5. I served the party:
   b. by substituted service. On: Wed., Apr. 14, 2010 at: 7:23PM I left the documents listed in Item 2 with or in the presence of:
   JANETTE AGUSTIN, SISTER/CO-OCCUPANT, Female, 40 Years Old, Black Hair, Brown Eyes, 5 Feet 5 Inches, 160 Pounds
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROB MASON                                       d. The Fee for Service was:
   b. ABC LEGAL INVESTIGATIONS                        e. I am: (3) registered California process server
      210 FELL STREET, STE. 17                           (i) Independent Contractor
      SAN FRANCISCO, CA 94102                            (ii) Registration No.:  2003-007
   c. (415) 982-3416, FAX 415-487-8974                   (iii) County:  Placer

Served under California CCP 415.20 (b)

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Tue, Apr. 20, 2010

                                                                              (ROB MASON)
   Judicial Council Form                PROOF OF SERVICE                                              7550462.7912
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL

| Attorney or Party without Attorney: <br> LAW OFFICE OF RUSSELL A. ROBINSON <br> 345 GROVE STREET, FIRST FLOOR <br> SAN FRANCISCO, CA 94102 <br><br> Telephone No: 415-255-0462   FAX: No: 415-431-4526 | Ref. No or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | |
| Plaintiff: ED SUMMERFIELD; ET AL <br> Defendant: STRATEGIC LENDING CORPORATION; ET AL | | |
| **DECLARATION OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: C09 02609 HRL |

1. I, ROB MASON, and any employee or independent contractors retained by ABC LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LEONARDO "LEO" AGUSTIN as follows:

2. Documents: Summons In A Civil Action; Complaint For Damages; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Standing Order Regarding Case Managment In Civil Cases; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 04/12/10 | 4:51pm | Home | THERE WAS NO ANSWER. Attempt made by: ROB MASON. Attempt at: 1905 HAMERSLEY LN  Lincoln CA. 95648. |
| Tue | 04/13/10 | 10:02pm | Home | THERE WAS NO ANSWER. Attempt made by: ROB MASON. Attempt at: 1905 HAMERSLEY LN  Lincoln CA. 95648. |
| Wed | 04/14/10 | 7:23pm | Home | SUBJECT WAS NOT IN. SUBSTITUTE SERVICE WAS MADE ON THE DEFENDANT BY LEAVING A COPY OF THE DOCUMENTS WITH JANETTE AGUSTIN, SISTER/CO-OCCUPANT AT THE GIVEN ADDRESS. Attempt made by: ROB MASON. Attempt at: 1905 HAMERSLEY LN  Lincoln CA. 95648. |

3. Person Executing
   a. ROB MASON
   b. ABC LEGAL INVESTIGATIONS
      210 FELL STREET, STE. 17
      SAN FRANCISCO, CA 94102
   c. (415) 982-3416, FAX 415-487-8974

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:
e. I am: (3) registered California process server
   (i)  Independent Contractor
   (ii) Registration No.:       2003-007
   (iii) County:                Placer

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

                                                                    Rob Mason

| Attorney or Party without Attorney: | | | | | | For Court Use Only |
|---|---|---|---|---|---|---|
| LAW OFFICE OF RUSSELL A. ROBINSON<br>345 GROVE STREET, FIRST FLOOR<br>SAN FRANCISCO, CA 94102<br>Telephone No: 415-255-0462   FAX No: 415-431-4526 | | | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | | | |
| Plaintiff: ED SUMMERFIELD; ET AL | | | | | | |
| Defendant: STRATEGIC LENDING CORPORATION; ET AL | | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C09 02609 HRL | | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action; Complaint For Damages; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Standing Order Regarding Case Managment In Civil Cases; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Mon., Apr. 19, 2010
   b. Place of Mailing:      SAN FRANCISCO, CA 94102
   c. Addressed as follows:  LEONARDO "LEO" AGUSTIN
                             1905 HAMERSLEY LN
                             Lincoln, CA 95648

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Apr. 19, 2010 in the ordinary course of business.

5. Person Serving:
   a. GLORIA MADERA
   b. ABC LEGAL INVESTIGATIONS
      210 FELL STREET, STE. 17
      SAN FRANCISCO, CA 94102
   c. (415) 982-3416, FAX 415-487-8974

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:   810
      (iii) County:              San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Apr. 20, 2010

   (GLORIA MADERA)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   2550462.2912