**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

May 27, 2010

RE:  CV 09-02609 HRL    ED SUMMERFIELD, ET AL.-v- STRATEGIC LENDING
CORPORATION, ET AL.

Default is entered as to defendant Leonardo "Leo" Agustin on May 27, 2010..

RICHARD W. WIEKING, Clerk
*Betty Walton*
by Betty Walton
Case Systems Administrator

NDC TR-4  Rev. 3/89

DEFAULT ENTERED
MAY 27 2010
RICHARD W. WIEKING, CLERK
By ALBERT J. YOUNGER
Deputy Clerk

1 Russell A. Robinson, 163937
Law Office of Russell A. Robinson
2 345 Grove Street, First Floor
San Francisco CA 94102
3 TEL: 415.255.0462
FAX: 415.431.4526
4
Counsel for Plaintiffs
5 ED SUMMERFIELD, ARTHUR
SUMMERFIELD, and RITA SUMMERFIELD
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 ED SUMMERFIELD, ARTHUR ) No. C-09-2609-HRL
SUMMERFIELD, and RITA SUMMERFIELD, )
12 ) **CORRECTED ADMINISTRATIVE**
Plaintiffs, ) **MOTION TO ENTER DEFAULT AS TO**
13 ) **DEFENDANT LEONARDO "LEO"**
v. ) **AGUSTIN; DECLARATION OF**
14 ) **COUNSEL IN SUPPORT**
STRATEGIC LENDING CORPORATION, ET ) **[FRCP RULE 55]**
15 AL., )
) **[JURY TRIAL DEMANDED]**
16 Defendants. )

17

18 **I. NOTICE OF MOTION AND MOTION TO ENTER DEFAULT**

19 TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

20 PLEASE TAKE NOTICE that Plaintiffs, by and through counsel, pursuant to Civil Local

21 Rules (Civil LR), Rule 3-12(b), hereby move this Court to enter default as to Defendant

22 LEONARDO "LEO" AGUSTIN.

23 Said motion is pursuant to Federal Rules of Civil Procedure (FRCP), Rule 55, for entry of

24 default as to Defendant LEONARDO "LEO" AGUSTIN.

25 Plaintiffs were noticed on about April 20, 2010, that another Defendant, Eric Swensen,

26 filed for relief under bankuptcy protection on January 26, 2010. This motion is not intended,

27 and should not be misconstrued, as a motion to violate the automatic stay provisions of the

28 *Summerfield, et al., v. Strategic, et al.* (No. C-09-2609-HRL)
CORRECTED ADMINISTRATIVE MOTION TO ENTER
DEF. AS TO DEFENDANT LEONARDO "LEO" AGUSTIN;
DECLARATION OF COUNSEL IN SUPPORT

1 bankruptcy laws, including without limitation 11 USC §362, et seq. This motion should not
2 impact in any way the bankrupt estate of Eric Swensen.

3     Defendant Agustin was served with summons and complaint on April 14, 2010. Said
4 Defendant failed to plead or otherwise to defend as provided and required by the Federal Rules
5 of Civil Procedure.

6     Therefore, default as to this defendant should be entered under FRCP, Rule 55.

7

8 Date: May 26, 2010      /s/ Russell A. Robinson
    Law Office of Russell A. Robinson
9     By:   Russell A. Robinson
    Attorneys for Plaintiffs
10     ED SUMMERFIELD, ARTHUR SUMMERFIELD, and
    RITA SUMMERFIELD
11

12 **II. DECLARATION OF COUNSEL**

13     I, Russell A. Robinson, hereby declare as follows:

14     1.     I am Plaintiff's counsel in this matter. I am admitted to practice before all courts
15 in the State of California and have been admitted in the Northern District of California (USDC)
16 since 1993. The below true and correct facts are based on my own personal knowledge, except
17 facts stated as based on information and belief; as to facts so stated, I believe these to be true.

18     2.     This case was filed on June 12, 2009.

19     3.     Defendant Leonardo "Leo" Agustin had been difficult to serve with summons and
20 complaint. His home in San Francisco had been shuttered and several offices listed as his places
21 of business were vacant.

22     3.     I am informed and believe that Agustin was in fact served in this case with
23 summons, complaint, notice of case management conference statement, and other relevant
24 materials in Lincoln, California [substituted service with mailing].

25     4.     I am informed and believe that Agustin will not be defended by the other
26 defendants in this action. After review of court dockets in the United States Bankruptcy Courts,
27 Eastern, Northern, and Central Districts, I am informed and believe that Agustin has not declared

28 *Summerfield, et al., v. Strategic, et al.* (No. C-09-2609-HRL)
CORRECTED ADMINISTRATIVE MOTION TO ENTER
DEF. AS TO DEFENDANT LEONARDO "LEO" AGUSTIN;
DECLARATION OF COUNSEL IN SUPPORT     - 2 -

1 or filed for bankruptcy.

2     5.    I am informed and believe Agustin is competent; that is, Agustin is not mentally incompetent. Further, I am informed and believe Agustin is not currently serving in the armed forces and is not in the National Guard.

    6.    To date, Agustin has not contacted my office. He has not answered, and he has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, Plaintiffs respectfully request that default against Defendant Leonardo "Leo" Agustin be entered by the Court.

    6.    A true and correct copy of the proofs of service of summons and complaint are attached hereto.

I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the State of California, that the above is true and correct.

Date: May 26, 2010

    /s/ Russell A. Robinson
Law Office of Russell A. Robinson
By:    Russell A. Robinson
Attorneys for Plaintiffs
ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD

*Summerfield, et al., v. Strategic, et al.* (No. C-09-2609-HRL)
CORRECTED ADMINISTRATIVE MOTION TO ENTER
DEF. AS TO DEFENDANT LEONARDO "LEO" AGUSTIN;
DECLARATION OF COUNSEL IN SUPPORT

- 3 -

*Summerfield, et al., v. Strategic Lending, et al. (No. C-09-2609-HRL)*

PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed at and my business is 345 Grove Street, San Francisco, California 94102. On May 26, 2010, I served the following document(s):

**CORRECTED ADMINISTRATIVE MOTION TO ENTER DEFAULT AS TO DEFENDANT LEONARDO "LEO" AGUSTIN; DECLARATION OF COUNSEL IN SUPPORT**

__X__ **BY MAIL: I served a true copy of each of the above named document(s) by mail by placing same in a sealed envelope fully prepaying postage thereon, and depositing said envelope in the U.S Mail at San Francisco, California. Said envelope was addressed as shown below.**

_____ BY PERSONAL SERVICE: I personally served by hand a true copy of the above named document(s) upon those listed below.

_____ BY FACSIMILE TRANSMISSION: I served the above named document(s) by facsimile upon Respondent at the address and number listed below.

The envelope addressed, and/or the number dialed, were as follows:

Leonardo "Leo" Agustin            [BLANK]
1905 Hamersley Lane
Lincoln CA 95648
(Defendant)

I declare under penalty of perjury that the above is true and correct. Executed at San Francisco, California, on May 26, 2010.

/s/ Rosemary Hernandez
Rosemary Hernandez

*Summerfield, et al., v. Strategic, et al.* (No. C-09-2609-HRL)
CORRECTED ADMINISTRATIVE MOTION TO ENTER
DEF. AS TO DEFENDANT LEONARDO "LEO" AGUSTIN;
DECLARATION OF COUNSEL IN SUPPORT          - 4 -