*\*\* E-filed June 17, 2010 \*\**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD,<br><br>            Plaintiffs,<br>   v.<br><br>STRATEGIC LENDING CORPORATION, ALI WEICHLER, LEONARDO AGUSTIN, ERIC SWENSEN, and DOES 1-30,<br><br>            Defendants. | No. C09-02609 HRL<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>**[Re: Docket No. 61]** |

On June 14, 2010, Plaintiffs Ed, Arthur, and Rita Summerfield ("Plaintiffs") filed a request that this Court take judicial notice of two purported email communications between Plaintiffs' counsel and counsel for defendant Ali Weichler ("Weichler"). (Docket No. 61.) A court may take judicial notice of facts that are not subject to reasonable dispute. Fed. R. Evid. 201. Such facts include matters of public record, *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), and legislative history, *Hunt v. Check Recovery Sys., Inc.*, 478 F. Supp. 2d 1157, 1160 (N.D. Cal. 2007). As such, the court declines to take judicial notice of communications between Plaintiffs' counsel and Weichler's counsel because these documents are subject to reasonable dispute.

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C09-02609 HRL Notice will be electronically mailed to:**

2  Jonathan Harold Miller        jhmillerlaw@gmail.com
   Russell Alan Robinson         rarcases@yahoo.com, lawrs@ymail.com
3  Vincent J. Kilduff            kildufflaw@aol.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California