**\*\* E-filed June 17, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD,<br><br>    Plaintiffs,<br>  v.<br><br>STRATEGIC LENDING CORPORATION, ALI WEICHLER, LEONARDO AGUSTIN, ERIC SWENSEN, and DOES 1-30,<br><br>    Defendants.<br>_____/ | No. C09-02609 HRL<br><br>**ORDER GRANTING DEFENDANT ALI WEICHLER'S REQUEST FOR JUDICIAL NOTICE**<br><br>**[Re: Docket No. 62]** |

On June 14, 2010, Defendant Ali Weichler ("Weichler") filed a request that this Court take judicial notice of court order publicly filed on June 4, 2010 in United States District Court for the Northern District of California. (Docket No. 62.) A court may take judicial notice of facts that are not subject to reasonable dispute. Fed. R. Evid. 201. Such facts include matters of public record, *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), and legislative history, *Hunt v. Check Recovery Sys., Inc.*, 478 F. Supp. 2d 1157, 1160 (N.D. Cal. 2007). As such, the court shall take judicial notice of the court order because it is a matter of public record and not subject to dispute.

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-02609 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Jonathan Harold Miller | jhmillerlaw@gmail.com |
| Russell Alan Robinson | rarcases@yahoo.com, lawrs@ymail.com |
| Vincent J. Kilduff | kildufflaw@aol.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**