VINCENT J. KILDUFF, S.B. #57494
Law Offices of
Vincent J. Kilduff
181 Devine Street
San Jose, Calif. 95110
(408) 279-4400

Attorney for defendant,
Ali Weichler

** E-filed July 2, 2010 **

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ED SUMMERFIELD, ARTHUR SUMMERFIELD,
RITA SUMMERFIELD,

    Plaintiffs,

vs.

STRATEGIC LENDING CORPORATION,
ALI WEICHLER, LEONARDO "LEO"
AGUSTIN, ERIC SWENSEN, DOES 1-30,

    Defendants.

Case No. C09-02609 HRL

STIPULATION AND ORDER
FOR CONTINUANCE OF INITIAL
CASE MANAGEMENT CONFERENCE

Date of Hearing: 7/6/2010
Time of Hearing: 1:30 P.M.
Courtroom No. 2
Hon. HOWARD R. LLOYD

    IT IS HEREBY STIPULATED between plaintiffs and defendant, ALI WEICHLER, that the Initial Case Management Conference in the above-entitled matter be continued to a date not earlier than September 15, 2010, for the following reasons:

    1. On June 18, 2010, plaintiffs filed their Second amended Complaint and, pursuant to the Civil Minute Order entered June 15, 2010 (Document No. 64), defendant's reply thereto is due on or before July 19, 2010.

---

STIPULATION AND ORDER

2. Defendant anticipates and plans to file a Motion to Dismiss the Second Amended Complaint and a hearing on that motion will be calendared in late August, 2010.

3. In light of the current status of the pleadings and defendant's intention to bring a Motion to Dismiss, it is hereby stipulated that the Initial Case Management Conference be continued to a date after September 15, 2010.

Dated: July 2, 2010

_____/s/_____
Russell Robinson
Attorney for Plaintiffs

Dated: July 2, 2010

_____/s/_____
Vincent J. Kilduff
Attorney for Defendants

### ORDER

Pursuant to the Stipulation of the parties, set forth hereinabove and good cause appearing therefore, the Initial Case Management Conference, currently set for July 6, 2010, is continued to September 21, 2010, at 1:30 p.m., in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: July 2, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge

VINCENT J. KILDUFF
S.B.#57494
181 Devine Street
San Jose, CA 95110
(408) 279-4400