```
 1  VINCENT J. KILDUFF, S.B. #57494
    Law Offices of
 2  Vincent J. Kilduff
    181 Devine Street
 3  San Jose, Calif. 95110
    (408) 279-4400
 4
 5  Attorney for Defendant,
    Ali Weichler
 6
 7
                  UNITED STATES DISTRICT COURT
 8              NORTHERN DISTRICT OF CALIFORNIA
 9                    SAN JOSE DIVISION
10
11
    ED SUMMERFIELD, ARTHUR SUMMERFIELD,)
12  RITA SUMMERFIELD,                  )
                                       )
13                                     )  Case No. C09-02609 HRL
                 Plaintiffs,           )
14                                     )  NOTICE OF MOTION AND
         vs.                           )  MOTION FOR DISMISSAL OF
15                                     )  SECOND AMENDED COMPLAINT
    STRATEGIC LENDING CORPORATION,     )
16  ALI WEICHLER, LEONARDO "LEO"       )  [FRCP §12(b)(1); §12(b)(6)]
    AGUSTIN, ERIC SWENSEN, DOES 1-30,  )
17                                     )  Date of Hearing: 8/31/2010
                                       )  Time of Hearing: 10:00 A.M.
18                                     )  Courtroom No. 2
                 Defendants.           )
19  _____)
20
21      To: Plaintiffs and their attorney of record, Russell A.
22  Robinson:
23      PLEASE TAKE NOTICE that on August 31, 2010, at 10:00 A.M.,
24  before the Honorable HOWARD R. LLOYD, in Department No. 2 of the
25  above-entitled Court, located at 280 South First Street, San Jose,
26  California 95113, defendant, ALI WEICHLER, will move the Court for
27  an Order dismissing the Second Amended Complaint against said
28
```

VINCENT J. KILDUFF
S.B.#57494
181 Devine Street
San Jose, CA 95110
(408) 279-4400

NOTICE OF MOTION AND MOTION TO DISMISS

defendant, pursuant to the provisions of Federal Rules of Civil Procedure §§12(b)(1) and 12(b)(6).

### RELIEF SOUGHT

Defendant requests an order dismissing the Second Amended Complaint pursuant to Federal Rules of Civil Procedure §12(b)(1) and 12(b)(6), in that this Court lacks subject matter jurisdiction to adjudicate the claims of plaintiffs and the complaint fails to state a claim upon which relief can be granted, as follows:

1. Plaintiffs lack standing to prosecute a civil RICO claim.
2. The Complaint fails to comply with the mandates of Rule 8 and Rule 9 of the Federal Rules of Civil Procedure.
3. The Complaint fails to state facts sufficient to constitute a cause of action pursuant to 18 U.S.C. §1964.
4. The complaint fails to properly allege any predicate acts necessary to state a RICO cause of action nor does it allege how and why the acts of defendants are a proximate cause of injury to plaintiffs.
5. The allegations of the complaint relating to the employment of plaintiff, Ed Summerfield, by defendants and his claim for wages and other employment-related claims, should properly be litigated in state court.
6. Plaintiff, Ed Summerfield lacks standing to prosecute this federal RICO claim.
8. The allegations of the complaint are barred by applicable Statutes of Limitations.

This motion is based upon this Notice of Motion, the Declaration

VINCENT J. KILDUFF
S.B.#57494
181 Devine Street
San Jose, CA 95110
(408) 279-4400

NOTICE OF MOTION AND MOTION TO DISMISS    Page 2

of Vincent J. Kilduff and Memorandum of Points and Authorities, filed and served herein.

Dated: July 19, 2010                   _____/s/_____
                                        Vincent J. Kilduff
                                        Attorney for Defendant,
                                        ALI WEICHLER

VINCENT J. KILDUFF
S.B.#57494
181 Devine Street
San Jose, CA 95110
(408) 279-4400

NOTICE OF MOTION AND MOTION TO DISMISS         Page 3