Russell A. Robinson, 163937
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
TEL: 415.255.0462
FAX: 415.431.4526

Counsel for Plaintiffs
ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC LENDING CORPORATION, ET AL., <br><br> Defendants. | No. C-09-2609-HRL <br><br> **NOTICE THAT ERIC SWENSON'S OBLIGATIONS HAVE BEEN DISCHARGED IN BANKRUPTCY** <br> [Jury Trial Demanded] <br><br> Date: August 31, 2010 <br> Time: 10:00 a.m. <br> Courtroom: 2 |

TO THE COURT HEREIN AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Court in the bankruptcy matter of Defendant Eric Swenson herein has ordered that obligations of Swenson to Plaintiffs, to Defendant Ali Weichler, and to Defendant Leo Agustin have been discharged in Chapter 7.

Based on this fact, Plaintiffs may no longer proceed against Mr. Swenson in this action as a matter of law.

Date: August 10, 2010           /s/ Russell A. Robinson
                                Law Office of Russell A. Robinson
                                By:  Russell A. Robinson
                                Counsel for Plaintiffs
                                ED SUMMERFIELD, ARTHUR SUMMERFIELD, and RITA SUMMERFIELD

*Summerfield, et al., v. Strategic, et al.* (No. C-09-2609-HRL)
NOTICE THAT ERIC SWENSON'S OBLIGATIONS
HAVE BEEN DISCHARGED IN BANKRUPTCY