\*\* E-filed March 25, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD, et al., | No. C09-02609 HRL |
| Plaintiffs, | **ORDER SETTING SHOW CAUSE HEARING RE: FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| STRATEGIC LENDING CORP., et al., | |
| Defendants. | **[Re: Docket Nos. 98, 100]** |

No party in the above referenced action appeared at the case management conference held on March 22, 2011. See Docket Nos. 98, 100. Moreover, in its order dated March 7, 2011, the Court requested that Plaintiffs advise the Court of their intentions with respect to defendants Agustin and Swensen. Docket No. 99. Plaintiffs have not done so. Thus, the Court ORDERS Plaintiffs to show cause on **April 26, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, why the case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   **C09-02609 HRL Notice will be electronically mailed to:**

2   Jonathan Harold Miller          jhmillerlaw@gmail.com
    Russell Alan Robinson           rarcases@yahoo.com, lawrs@ymail.com
3   Vincent J. Kilduff              kildufflaw@aol.com

4   **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

*United States District Court*
*For the Northern District of California*

2