1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  TEL:   415.255.0462
   FAX:   415.431.4526
4
   Counsel for Plaintiffs
5  ED SUMMERFIELD, ARTHUR
   SUMMERFIELD, and RITA SUMMERFIELD
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ED SUMMERFIELD, ARTHUR          ) No.    C-09-2609-HRL
   SUMMERFIELD, and RITA SUMMERFIELD, )
12                                 ) **PLAINTIFFS' RESPONSE TO OSC;**
            Plaintiffs,            ) **OBJECTION TO DISMISSAL**
13                                 ) [Jury Trial Demanded]
   v.                              )
14                                 ) Date:       April 26, 2011
   STRATEGIC LENDING CORPORATION, ET ) Time:     10:00 a.m.
15 AL.,                            ) Courtroom:  2
                                   )
16          Defendants.            )
                                   )
17

18      TO THE COURT HEREIN AND TO ALL PARTIES AND COUNSEL OF RECORD:

19      PLEASE TAKE NOTICE that Plaintiffs hereby respond to the Court's OSC as follows:

20      The error in failing to appear at the March 22, 2011, was solely the result of mistake by

21 counsel, the undersigned. With the dismissal of all claims against Ali Weichler, the undersigned

22 errantly thought that the CMC had been taken off-calendar.

23      Plaintiffs previously notified the Court in August 2010 that all claims against Defendant

24 Eric Swenson had been discharged in bankruptcy.

25      Thus, Plaintiffs request that the Court permit Plaintiffs to proceed to judgment through

26 prove-up by declarations against Defendant Leonardo "Leo" Agustin.

27 ///

28
   *Summerfield, et al., v. Strategic, et al.* (No. C-09-2609-HRL)
   PLAINTIFFS' RESPONSE TO OSC;
   OBJECTION TO DISMISSAL

1   Based on the above, Plaintiffs object to dismissal of this action.

2   I, Russell A. Robinson, hereby declare under penalty of perjury and the laws of the State
3   of California that the above is true and correct.

5   Date:   April 25, 2011                         /s/ Russell A. Robinson
                                                Law Office of Russell A. Robinson
6                                               By:     Russell A. Robinson
                                                Counsel for Plaintiffs
7                                               ED SUMMERFIELD, ARTHUR SUMMERFIELD, and
                                                RITA SUMMERFIELD

*Summerfield, et al., v. Strategic, et al.* (No. C-09-2609-HRL)
PLAINTIFFS' RESPONSE TO OSC;
OBJECTION TO DISMISSAL                          - 2 -