UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date: April 26, 2011            Time in Court: 2 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:** Summerfield et al v. Strategic Lending Corporation et al
**CASE NUMBER**: C09-02609HRL
Plaintiff Attorney present: Russel Robinson
Defendant Attorney present: Vince Kilduff for Ali Weichler

**PROCEEDINGS: Order to Show Cause Hearing**

Court is in receipt of Response by plaintiff to Order to Show Cause.