\*\* E-filed July 11, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STRATEGIC LENDING CORP., et al.,<br><br>Defendants.<br>_____/ | No. C09-02609 HRL<br><br>**ORDER TO SHOW CAUSE RE:<br>FAILURE TO PROSECUTE** |

Plaintiffs Ed, Arthur, and Rita Summerfield (collectively, "Plaintiffs") sued defendants Strategic Lending Corporation ("SLC"), Leonardo Agustin, Eric Swensen, and Ali Weichler for violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-68. SLC was never served with the complaint and summons. Agustin was served, and default was entered against him. Swensen is subject to a bankruptcy stay. And Weichler moved to dismiss the claims against him.

On March 8, 2011, this Court dismissed with prejudice Plaintiffs' claims against Weichler. Docket No. 99. Thereafter, all parties failed to appear at a case management conference, so the Court issued an order requiring Plaintiffs to show cause why the case should not be dismissed for failure to prosecute. Docket Nos. 100, 101. In both their response to the order to show cause and at the April 26, 2011 show cause hearing, Plaintiffs represented that they wanted time to file a motion for default judgment against Agustin. Docket Nos. 102, 103. On this basis, the Court discharged the

order to show cause, and instructed Plaintiffs to file their motion within two months. Docket No. 103.

Plaintiffs have taken no action since the show cause hearing, which was over two months ago. Accordingly, Plaintiffs are ORDERED to appear on **August 2, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113 to show cause why this case should not be dismissed for failure to prosecute. If a voluntary dismissal is filed, the show cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: July 11, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-02609 HRL Notice will be electronically mailed to:**

Jonathan Harold Miller    jhmillerlaw@gmail.com
Russell Alan Robinson    rarcases@yahoo.com, lawrs@ymail.com
Vincent J. Kilduff    kildufflaw@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**