1  ED SUMMERFIELD, ARTHUR SUMMERFIELD, AND
   RITA SUMMERFIELD, IN PRO PER.
   779 STEUBEN DR.
2  SUNNYVALE, CA 94087
   Telephone: 408.732.8239
3
   UNITED STATES DISTRCT COURT
4  NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP 16 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  ED SUMMERFIELD, ARTHUR SUMMERFIELD, AND   ) Case No.: C-09-2609-HRL
                                             )
7  RITA SUMMERFIELD,                         )
                                             ) CONTINUANCE REQUESTED
8           Plaintiffs,                      )
                                             ) [Civil RICO]
9       vs.                                  )
   STRATEGIC LENDING CORPORATION,            )
10 ALI WEICHLER, LEONARDO "LEO"              )
   AGUSTIN, ERIC SWENSEN, and DOES           )
11 1 - 30,                                   )

12          Defendant
   _____

C/HRL

                                    Dated this 9.16.11
                                    _____

I.    INTRODUCTION

      Dear Judge Howard Lloyd, it has come to our attention today through

Attorney, Jennifer Caredella of San Mateo, that our attorney, Russell A.

Robinson, has dismissed himself from the case and where we were told in

writing that there was going to be a hearing in Courtroom 2, 5th Floor, on

October 4th, this is no longer. Russell A. Robinson hasn't informed us of

this. It was advised by other attorneys that we need to seek council for

CONTINUANCE REQUEST                                           P001.CONT[1A]
[Continuance Requested]
*Summerfield, et al., v. Strategic Lending, et al.* - 1

representing us. Mr. Russell Robinson is being investigated by a Malpractice attorney and was reported to the state bar under the advice of Mr. McCracken in San Mateo. The Malpractice attorney is waiting for Russell's documents but he's reluctant to give them to him. We ask for a continuance so we can have time for finding council that will represent our case. We were just made aware of this by attorney Jennifer Cardella in San Mateo. The case is a good case as stated by Malpractice Attorney Kevin Sullivan and is worth pursuing based on the financial losses, Federal Crimes committed in the lending practices as well as well as the RICO claim that Robinson brought up. Please give us a chance to have our case represented truthfully and correctly by a competent attorney who won't waist the Federal court's time. We're not lawyers so we're doing our best.

II. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Dated: September 16, 2011

ED SUMMERFIELD       ARTHUR SUMMERFIELD       RITA SUMMERFIELD

CONTINUANCE REQUEST                                         P001.CONT[1A]
[Continuance Requested]
*Summerfield, et al., v. Strategic Lending, et al.* - 2