United States District Court
For the Northern District of California

**** E-filed September 23, 2011 ****

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ED SUMMERFIELD, et al.,

Plaintiffs,

v.

STRATEGIC LENDING CORPORATION, et al.,

Defendants.

______________________________________/

No. C09-02609 HRL

**ORDER CONTINUING SHOW CAUSE HEARING**

**[Re: Docket Nos. 107, 109]**

On August 4, 2011, this Court ordered Plaintiffs to appear on October 4, 2011 to show cause why this case should not be dismissed for failure to prosecute. Docket No. 107. Plaintiffs have requested a continuance, claiming that they were not aware that their counsel withdrew from representation on August 4, 2011, and asking for time to obtain new counsel. Docket No. 109. In light of these circumstances, the Court CONTINUES the show cause hearing to **December 6, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113. At that time, Plaintiffs (or any newly-retained counsel) shall appear to show cause why this case should not be dismissed for failure to prosecute. If a voluntary dismissal is filed, the show cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: September 23, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-02609 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Jonathan Harold Miller | jhmillerlaw@gmail.com |
| Russell Alan Robinson | rarcases@yahoo.com, lawrs@ymail.com |
| Vincent J. Kilduff | kildufflaw@aol.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**The following parties have been provided notice by mail:**

Ed Summerfield
779 Steuben Drive
Sunnyvale, CA 94087