\*\* **E-filed December 6, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD; et al., | No. C09-02609 HRL |
| Plaintiffs, | **ORDER CONTINUING SHOW CAUSE HEARING** |
| v. | |
| STRATEGIC LENDING CORP.; et al., | |
| Defendants. | |

Plaintiffs appeared for a show cause hearing on December 6, 2011. They informed the court that they have obtained counsel, intend to seek a default judgment against defendant Leonardo Agustin, and requested a continuance of 30 days on the Order to Show Cause. Good cause appearing, the show cause hearing is continued to **January 10, 2012 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose, CA 95113. The court expects that plaintiff's counsel will appear at that time to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-02609 HRL** Notice will be electronically mailed to:

Vincent J. Kilduff         kildufflaw@aol.com
Jonathan Harold Miller    jhmillerlaw@gmail.com

**Notice will be sent by mail to:**

Ed Summerfield
779 Steuben Drive
Sunnyvale, CA 94087

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**