**\*\* E-filed January 17, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD; et al., | No. C09-02609 |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE** |
| v. | |
| STRATEGIC LENDING CORP.; et al., | |
| Defendants. | |

On January 17, 2012 this court held a show cause hearing to determine why this case should not be dismissed for failure to prosecute. Good cause appearing, the order to show cause is now DISCHARGED. Further, the parties shall appear for a Status Conference on **February 14, 2012 at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose, CA 95113. Plaintiff shall file a Status Conference Statement no later than February 7, 2012.

**IT IS SO ORDERED.**

Dated: January 17, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-02609 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Ismael Perez | easy@perezlawoffice.com |
| Vincent Kilduff | kildufflaw@aol.com |
| Jonathan Harold Miller | jhmillerlaw@gmail.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**