**\*E-Filed: October 29, 2013\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ED SUMMERFIELD, ET AL., | No. C09-02609 HRL |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION FOR REMAND TO STATE COURT** |
| v. | |
| STRATEGIC LENDING CORP., ET AL., | |
| Defendants. | **[Re: Docket No. 138]** |

Following the Court's order denying plaintiffs' motion for default judgment and closing the file, plaintiffs move for remand to state court. However, contrary to plaintiffs' assertion, this action did not originate in state court and was not removed to federal court. *See* Dkt. 1, Ex. 1. "Since there was no removal from state court there can be no remand to that court." *Julianites Against Shakedown Tactics v. Tejjr*, No. 05-CV-2353, 2007 WL 3490253, at \*4 (S.D. Cal. May 1, 2007) (quoting *Int'l Carrier-Call & Television Corp. v. Radio Corp. of Am.*, 50 F. Supp. 759, 759 (S.D.N.Y. 1943)). Accordingly, plaintiffs' motion for remand is denied.

**IT IS SO ORDERED.**

Dated: October 29, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-02609 HRL Notice will be electronically mailed to:**

Ismael D. Perez     easy@perezlawoffice.com

Jonathan Harold Miller     jhmillerlaw@gmail.com

Russell Alan Robinson     rarcases@yahoo.com, lawrs@ymail.com

Vincent J. Kilduff     kildufflaw@aol.com

**C09-02609 HRL Notice will be mailed to:**

Ed, Arthur, and Rita Summerfield
779 Steuben Dr.
Sunnyvale, CA 94087

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**